March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

JOSE HERRERA      Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(__)(__)

20mj11874

Defendant __JOSE  HERRERA__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__JOSE  HERRERA__
Print Defendant's Name

_____
Defense Counsel's Signature

__MARC  GREENWALD__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/4/2020
Date

_____
U.S. Magistrate Judge